**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6666**

———————

UNITED STATES OF AMERICA,

 Plaintiff - Appellee,

 versus

REINALDO LOZANO, a/k/a Ray,

 Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. J. Calvitt Clarke, Jr., Senior District Judge. (CR-86-35)

———————

Submitted: July 10, 1997          Decided: July 24, 1997

———————

Before RUSSELL, HALL, and MURNAGHAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Reinaldo Lozano, Appellant Pro Se.  Robert Edward Bradenham, II, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying his motions filed under Fed. R. Crim. P. 35(a), and for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. We decline to review any issues Appellant seeks to raise for the first time on appeal. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Lozano</u>, No. CR-86-35 (E.D. Va. Apr. 14, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2